n re REID. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) In matter of the application of Clarence L. Reid admission to practice as an attorney and nselor at law in the courts of this state. No nion. The appellate division of the First department having decided that residence within e state is a necessary qualification for admis-n to the bar, we feel that there should be no flict between the practice of the two divins in this respect. The application must refore be denied, without prejudice to a re-val at any time when the applicant may ac-ire proper residence.

REUKAUFF v. REUKAUFF. (Supreme urt, Appellate Division, First Department. y 6, 1898.) Action by Laura C. Reukauff ainst Henry A. Reukauff. No opinion. Mo-n denied, upon payment of $10 costs, to en-le appellant to move in the court below to en default.

RHOADES et al., Respondents, v. FREE-AN, Appellant. (Supreme Court, Appellate ivision, Third Department. May 10, 1898.) ction by Lyman Rhoades and others against ideon L. Freeman. No opinion. Judgment firmed, with costs. All concur, except PAR-ER, P. J., dissenting.

RIVERSIDE BANK v. WOODHAVEN UNCTION LAND CO. (Supreme Court, Appellate Division, First Department. May 13, 898.) Action by the Riverside Bank against e Woodhaven Junction Land Company. No pinion. Motion denied.

ROCKWELL, Respondent, v. PETRIE, Appellant. (Supreme Court, Appellate Division, ourth Department. May 7, 1898.) Action by auline M. Rockwell, as administratrix, etc., gainst Charles L. Petrie. No opinion. Judg-ent and order denying motion for new trial af-rmed, with costs. All other orders appealed rom affirmed,—the order of October 26, 1896, evering issues in action, with $10 costs and dis-ursements; and order of November 15, 1895, acating stay of proceedings, with $10 costs and isbursements. All concur, except HARDIN, P. ., not voting.

ROOK, Appellant, v. MANHATTAN LIFE NS. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 13, 898.) Action by Clara Rook against the Man-attan Life Insurance Company. T. D. Ran-baut, for appellant. E. S. Rapallo, for respond-ent. No opinion. Order affirmed, without costs.

ROOSEVELT v. VAN ALEN et al. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by James R. Roosevelt against Mary Van Alen and others. No opinion. Motion dismissed. See 52 N. Y. Supp. 304.

RUPPERT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by Matthias Ruppert, as ad-ministrator, etc., against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, without costs.

RYAN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. May 17, 1898.) Action by Mary Ryan, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to go to the court of appeals denied. See 45 N. Y. Supp. 542, and 51 N. Y. Supp. 894.

SALOMON v. CORBETT et al. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by William Salomon against Eugene Corbett and others. No opinion. Motion denied, on payment of $10 costs, to enable appellant to move in the court below to open default.

SANDER, Respondent, v. STATEN IS-LAND ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1898.) Action by Leo Sander against the Staten Island Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SAUTER, Respondent, v. STANDARD PUB. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 10, 1898.) Action by Elsie M. Sauter against the Standard Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements.

SAVALL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) Action by Samuel Savall against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHOOLCRAFT, Appellant, v. SACANDA-GA LAND CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 10, 1898.) Action by William P. Schoolcraft against the Sacandaga Land Company. No opinion. Judgment affirmed, with costs.